UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE CO. a/s/o The View at Bethany Bay Condominiums<br><br>        Plaintiff,<br><br>v.<br><br>BEAR INDUSTRIES, INC., and DELMARVA INSULATION CO.,<br><br>        Defendants,<br><br>v.<br><br>PETTINARO CONSTRUCTION COMPANY, INC.,<br><br>        Third Party Defendant. | C.A. No. 1:19-CV-2219-MN |

## SECOND STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

WHEREAS, because of delays resulting from scheduling conflicts, ongoing challenges associated with the COVID-19 pandemic, and the need for additional fact witness discovery, additional time to complete discovery is necessary.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel, subject to the approval of the Court, that the following deadlines set forth in the initial Scheduling Order dated March 30, 2020 (D.I. 15), and First Amended Scheduling Order dated October 19, 2020 (D.I. 46) shall be and is hereby amended as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|:---:|:---:|
| Close of fact discovery | 1/4/2021 | 3/5/2021 |

| | | |
|---|---|---|
| Opening Expert Reports | 2/5/2021 | 4/6/2021 |
| Rebuttal Expert Reports | 4/1/2021 | 5/31/2021 |
| Reply Expert Reports | 4/16/2021 | 6/15/2021 |
| Dispositive Motions | 5/4/2021 | 7/6/2021 |
| Pretrial Conference | 10/4/2021 | No change |
| Trial | 10/12/2021 | No change |

All other dates in the Scheduling Order dated March 30, 2020, shall remain unchanged.

Pursuant to D. Del. L.R. 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients.

Dated: December 30, 2020

*/s/ Barry Klayman*
Barry M. Klayman (No. 3676)
COZEN O'CONNOR
1201 N. Market St., Suite 1001
Wilmington, DE 19801
T: (302) 295-2035


Michael D. O'Donnell (*Pro Hac Vice*)
COZEN O'CONNOR
1650 Market St., Suite 2800
Philadelphia, PA 19103
T: (215) 665-6932
*Attorneys for Plaintiff Nationwide Property & Casualty Ins. Co.*

*/s/ Roger P. Downes*
Dawn C. Doherty, Esq. (No. 3164)
Joseph E. Brenner, Esq. (No. 6643)
Roger P. Downes, Esq. (No. 6735)
MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLEY, PC
300 Delaware Ave., Suite 900
Wilmington, DE 19801
T: (302) 658-6538
*Attorneys for Defendant Bear Industries, Inc.*

[Signatures continued on following page.]

| | |
|---|---|
| */s/ Michael I. Silverman*<br>Michael I. Silverman, Esq. (No. 3034)<br>SILVERMAN, McDONALD & FRIEDMAN<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>T: (302) 888-2900<br><br>*Attorneys for Defendant*<br>*Delmarva Insulation Co.* | */s/ William Crawford*<br>William Crawford, Esq. (No. 5600)<br>FRANKLIN & PROKOPIK<br>500 Creek View Rd., Suite 502<br>Newark, DE 19711<br>T: (302) 594-9780<br><br>*Attorneys for Defendant*<br>*Pettinaro Construction Co., Inc.* |

SO ORDERED this \_\_\_\_ day of _____, 2020

_____
U.S. District Judge Maryellen Noreika