# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY a/s/o The View at Bethany Bay Condominiums,<br><br>       Plaintiff,<br><br>  v.<br><br>BEAR INDUSTRIES, INC. and DELMARVA INSULATION CO.,<br><br>       Defendants,<br><br>  v.<br><br>PETTINARO CONSTRUCTION COMPANY, INC.,<br><br>      Third-Party Defendant. | Civil Action No.: 1:19-CV-2219-MN<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel, subject to the approval of the Court, as follows:

1. This is a property damage subrogation matter.

2. This Honorable Court ordered a discovery deadline of April l6, 2021.

3. The parties have agreed to extend the discovery deadline to July 30, 2021.

4. The parties have further agreed to seek a mediation date prior to the close of the new discovery deadline of July 30, 2021.

{PH685783.1}

| **COZEN & O'CONNOR** | **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY** |
|---|---|
| /s/ Barry M. Klayman<br>Barry M. Klayman, Esquire (DE Bar 3676)<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2035<br>bklayman@cozen.com<br><br>*Attorneys for Plaintiff Nationwide Property & Casualty Insurance Co. a/s/o The View at Bethany Bay Condominiums* | /s/ Dawn C. Doherty<br>Dawn C. Doherty, Esquire (DE Bar 3164)<br>300 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 658-6538<br>ddoherty@moodklaw.com<br><br>*Attorneys for Defendant Bear Industries, Inc.* |
| **SILVERMAN, McDONALD & FRIEDMAN** | **FRANKLIN & PROKOPIK** |
| /s/ Michael I. Silverman<br>Michael I. Silverman, Esquire (DE Bar 3034)<br>1010 N. Bancroft Parkway, Suite 22<br>Wilmington, DE 19805<br>(302) 888-2900<br>mike@silverman-mcdonald.com<br><br>*Attorneys for Defendant Delmarva Insulation Co.* | /s/ William A. Crawford<br>William A. Crawford, Esq. (DE Bar 5600)<br>500 Creek View Road, Suite 502<br>Newark, DE 19711<br>(302) 594-9780<br>wcrawford@fandpnet.com<br><br>*Attorneys for Third-Party Defendant Pettinaro Construction Company, Inc.* |

**SO ORDERED** this _____ day of _____, 2021.

_____
Judge Maryellen Noreika