# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
D. MIIKA ROGGIO†
ADRIENNE M. McDONALD*

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2923

WEBSITE:
WWW.SMFLEGAL.COM

July 27, 2021

The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N King St
Wilmington, DE 19801

Re: Nationwide Insurance v Delmarva Insulation, Co. & Bear Industries, Inc.
C.A. No.: 1:19-CV-2219-MN

Dear Judge Noreika:

I represent Defendant Delmarva Insulation, Co. in this insurance subrogation matter. About an hour ago, I received an Order wherein the Court granted the Third Party Defendant's Motion for Summary Judgment. The Motion was premised upon the lack of a liability expert. There was no response.

I am embarrassed to candidly tell the Court that I was a bit baffled when I received the Order. I was unaware that docket entry 69 contained something more than notice of the filing of the Third Party Defendant's Opening Brief. I have now been directed, by co counsel, to the additional line entry setting a deadline for responses to the Motion. Simply stated, I missed that part of the entry and I was not familiar with this specific Court procedure.

To further complicate matters, the parties had just recently agreed to revise the scheduling Order setting a deadline for "Opening Experts" for 8/16/21. This was entered as an Order of Court on 7/20/21. (Docket entry 73).

Having said all of this, I respectfully ask the Court for 2 weeks to respond to the Third Party Defendant Motion for Summary Judgment. I also wish to apologize to the Court and counsel for my oversight.

Respectfully submitted,

Michael I. Silverman

cc: All Counsel