# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
D. MIIKA ROGGIO†
ADRIENNE M. McDONALD*

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2923

WEBSITE:
WWW.SMFLEGAL.COM

July 29, 2021

The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N King St
Wilmington, DE 19801

Re: Nationwide Insurance v Delmarva Insulation, Co. & Bear Industries, Inc.
C.A. No.: 1:19-cv-02219-MN

Dear Judge Noreika:

I write in response to the Court's oral Order.

I certify to the Court that I have throughly reviewed:

(1) the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware;
(2) District Court's Preferences & Procedures for Civil Cases;
(3) the Scheduling Order in the above referenced case;
(4) all CM/ECF tutorials, manuals/procedures, and training videos;
(5) the District Court's Standing Orders that are relevant to civil cases;
(6) District Court's webpage

I again offer my apologies to the Court and respectfully request that the Court allow the additional time for a response.

Respectfully submitted,

Michael I. Silverman

cc: All Counsel