# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
BRIAN E. LUTNESS**
DONNA M. SCHNITZLER
D. MIIKA ROGGIO†
ADRIENNE M. McDONALD*

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2923

WEBSITE:
WWW.SMFLEGAL.COM

August 3, 2021

The Honorable Maryellen Noreika
United States District Court
District of Delaware
844 N King St
Wilmington, DE 19801

Re:  Nationwide Insurance v Delmarva Insulation, Co. & Bear Industries, Inc.
     C.A. No.:   1:19-cv-02219-MN

Dear Judge Noreika:

    I write to thank the Court for allowing additional time to file an Opposition to the Motion for Summary.

    I am pleased to advise the Court the those parties have resolved their differences and a partial stipulation of dismissal is being filed by counsel for Defendant Pettinaro. This will resolve the Motion.

    Again, I thank the Court for the indulgence to counsel.

Respectfully submitted,

*Michael I. Silverman*
Michael I. Silverman

cc: All Counsel