# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE CO. a/s/o The View at Bethany Bay Condominiums : : : : : | |
| Plaintiff, : : | Civ. A. No.: 1:19-cv-02219-MN |
| v. : : | JURY TRIAL OF TWELVE DEMANDED |
| BEAR INDUSTRIES, INC., and DELMARVA INSULATION, CO., : : : | |
| Defendants, : : | |
| v. : : | |
| PETTINARO CONSTRUCTION COMPANY, INC., : : : | |
| Third Party Defendant. : | |

## PARTIAL STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, that all claims brought against Third Party Defendant Pettinaro Construction Company., Inc., in the above-captioned action are hereby dismissed with prejudice. All other claims remain.

| | |
|---|---|
| **COZEN & O'CONNOR** | **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY** |
| */s/ Barry M. Klayman, Esq.* | */s/ Dawn C. Doherty, Esq.* |
| Barry M. Klayman, Esquire (DE Bar 3676) | Dawn C. Doherty, Esquire (DE Bar 3164) |
| 1201 N. Market Street, Suite 1001 | 300 Delaware Avenue, Suite 900 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 295-2035 | (302) 658-6538 |
| bklayman@cozen.com | ddoherty@moodklaw.com |
| *Attorney for Plaintiff Nationwide Property & Casualty Insurance Co. a/s/o The View at Bethany Bay Condominiums* | *Attorney for Defendant Bear Industries, Inc.* |

[Signatures continued on following page.]

| | |
|---|---|
| **SILVERMAN, McDONALD & FRIEDMAN** | **FRANKLIN & PROKOPIK** |
| */s/ Michael I. Silverman, Esq.* <br> Michael I. Silverman, Esquire (DE Bar 3034) <br> 1010 N. Bancroft Parkway, Suite 22 <br> Wilmington, DE 19805 <br> (302) 888-2900 <br> mike@silverman-mcdonald.com <br> *Attorney for Defendant Delmarva Insulation Co.* | */s/ William A. Crawford, Esq.* <br> William A. Crawford, Esquire (5600) <br> 500 Creek View Road, Suite 502 <br> Newark, DE 19711 <br> (302) 594-9780 <br> wcrawford@fandpnet.com <br> *Attorney for Defendant, Pettinaro Construction Co, Inc.* |

Dated: August 3, 2021

SO ORDERED this 4th day of August 2021

_____
The Honorable Maryellen Noreika
United States District Judge