# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY | : : : : | JURY TRIAL OF TWELVE DEMANDED |
| Plaintiff | : : | |
| v. | : : | Civ. A. No.: 1:19-cv-02219-UNA |
| BEAR INDUSTRIES, INC. and DELMARVA INSULATION CO. | : : : | |
| Defendants/ Third Party Plaintiff. | : : | |
| v. | : : | |
| PETTINARO CONSTRUCTION COMPANY, INC. | : : : | |
| Third Party Defendant | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of August, 2021, the undersigned counsel caused copies of Defendant, Delmarva Insulation, Co.'s Rule 26(a)(2)(B) Expert Disclosure via electronic mail on the following:

Barry Klayman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 1980

William A. Crawford, Esquire
Franklin & Prokopik
500 Creek View Rd., Suite 502
Newark, DE 19711

Michael D. O'Donnell, Esquire
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103

Roger P. Downes, Esquire
Marks O'Neill, O'Brien, Doherty & Kelly, P.C.
300 Delaware Ave., Suite 900
Wilmington, DE 19801

**SILVERMAN, McDONALD & FRIEDMAN**

*//s// Michael I. Silverman*
MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE  19805
(302) 888-2900
*Attorney for Defendant Delmarva Insulation, Co.*